UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mitch Oellrich,**<br><br>         Plaintiff,<br><br>   v.<br><br>**DeSoto Cab Company, LLC.**; and Does 1-10, Inclusive,<br><br>         Defendants. | Case No. 4:14-cv-00558-YGR<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE<br><br>AS MODIFIED BY THE COURT |

Upon review of the Stipulation for Settlement and Dismissal of Action and finding the relief requested appropriate, IT IS ORDERED that the above-referenced action is dismissed with prejudice and in its entirety, and that this Court shall retain jurisdiction over any disputes relating to the Settlement Agreement reached in this matter, the terms of which are incorporated fully herein.  The Court's jurisdiction shall extend for a term of one year only.

//

//

//

[~~Proposed~~] Order re: Stipulation for Dismissal

Except as provided in the Settlement Agreement, each party is to bear its own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

Dated: August 6, 2014          _____
                              Hon. Yvonne Gonzalez Rogers
                              United States District Court Judge

[~~Proposed~~] Order re: Stipulation for Dismissal